UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

Leslie Howard Roberts
SSN: xxx-xx-8039
Silvia Helena Roberts
SSN: xxx-xx-7771

    Debtor(s).    /

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 23-10086-BKC-RAM

## CERTIFICATE OF SERVICE

I certify that a true copy of this <u>Summary of Schedules, Schedules A – J, Declaration of Schedules and Statement of Financial Affairs</u> were served as follows:

**The following entities were served by electronic transmission:**

Nancy K. Neidich, Trustee

**ALL the entities on the mailing matrix were served by First Class mail on January 18, 2023.**

Ally Financial, Inc
P.o. Box 380901
Bloomington, MN 55438

Ally Financial, Inc
Attn: Bankruptcy
500 Woodard Ave
Detroit, MI 48226

Amex
Po Box 6789
Sioux Falls, SD 57117

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Aspire Credit Card
Po Box 105555
Atlanta, GA 30348

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Avant/WebBank
222 N. Lasalle St
Chicago, IL 60601

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601

Bank of America
Po Box 982238
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Capital One
Po Box 31293
Salt Lake City, UT 84131

Capital One
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capital One Auto Finance
7933 Preston Rd
Plano, TX 75024

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

Capital One/Neiman Marcus/Bergdorf Goodm
Po Box 31293
Salt Lake City, UT 84131

Capital One/Neiman Marcus/Bergdorf Goodm
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One/SaksFirst
Po Box 31293
Salt Lake City, UT 84131

Capital One/SaksFirst
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capitalone
Po Box 31293
Salt Lake City, UT 84131

Cbna
Po Box 6217
Sioux Falls, SD 57117

Cbna
Attn: Centralized Bankruptcy
Po Box 790034
St. Louis, MO 63179

Chase Auto Finance
700 Kansas Lane
Monroe, LA 71203

Chase Auto Finance
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101

Chase Card Services
Po Box 15369
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Citibank North America
Po Box 6497
Sioux Falls, SD 57117

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Comenity Bank/Victoria Secret
Po Box 182789
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity/MPRC
Po Box 182120
Columbus, OH 43218

Comenity/MPRC
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenitycapital/c21
Po Box 182120
Columbus, OH 43218

Comenitycapital/c21
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Continental Finance Co
Pob 8099
Newark, DE 19714

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd, Ste 4
Wilmington, DE 19808

Continental Finance Company
4550 New Linden Hill Road
Wilmington, DE 19808

Continental Finance Company
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

Credit One Bank
Po Box 98872
Las Vegas, NV 89193

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Discover Financial
Po Box 30939
Salt Lake City, UT 84130

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Dsnb Bloomingdales
Po Box 6789
Sioux Falls, SD 57117

Dsnb Bloomingdales
Attn: Recovery "Bk"
Po Box 9111
Mason, OH 45040

Eve Marie Storm Johnson
c/o Law Offices of Hoffman & Hoffman, PA
66 W Flagler Street Suite 200
Miami, FL 33130

Eve Marie Storm Johnson
c/o Leon & Saltiel, PLLC
2600 S Douglas Rd Suite 502
Miami, FL 33134

Expo/Thd/Citi
Po Box 6497
Sioux Falls, SD 57117

Expo/Thd/Citi
Citicards Srvcs/Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Fingerhut
13300 Pioneer Trail
Eden Prairie, MN 55347

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First National Bank/Legacy
500 East 60th St North
Sioux Falls, SD 57104

First National Bank/Legacy
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

First PREMIER Bank
3820 N Louise Ave
Sioux Falls, SD 57107

First PREMIER Bank
Attn: Bankruptcy
P.O. Box 5524
Sioux Falls, SD 57117

First Savings Bank/Blaze
500 E. 60th Street
Sioux Falls, SD 57104

First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117

Firstbank Florida
9795 South Dixie Hwy
Miami, FL 33156

Gateway One Lending & Finance
3818 E Coronado
Anaheim, CA 92807

Gateway One Lending & Finance
Attn: Bankruptcy
175 North Riverview Dr, Suite 100
Anaheim, CA 92808

Iconbrickell Tower I (1st HOA)
c/o First Service Residential
465/475 Brickell Avenue
Miami, FL 33131

Iconbrickell Tower I (2nd HOA)
c/o First Service Residential
465/475 Brickell Avenue
Miami, FL 33131

Jason M Wandner, PA
100 N Biscayne Blvd Suite 1607
Miami, FL 33132

Macys/fdsb
Po Box 6789
Sioux Falls, SD 57117

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Mercury/FBT
Po Box 84064
Columbus, GA 31908

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Midland Funding, LLC
320 East Big Beaver
Troy, MI 48083

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

National Credit Adjusters, LLC
P.o. Box 550
Hutchinson, KS 67504

National Credit Adjusters, LLC
327 West 4th Avenue
Po Box 3023
Hutchinson, KS 67504

NCB Management Services
1 Allied Drive
Trevose, PA 19053

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Feasterville-Trevose, PA 19053

Nordstrom FSB
13531 E. Caley Ave
Englewood, CO 80111

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155

Ollo/tbom
Po Box 9222
Old Bethpage, NY 11804

Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

PYOD LLC
POB 10497
Greenville, SC 29603

Sefinceau
4000 N Federal Way
Boca Raton, FL 33431

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Syncb/city Furniture
C/o Po Box 965036
Orlando, FL 32896

Synchrony Bank/Banana Republic
Po Box 965005
Orlando, FL 32896

Synchrony Bank/Banana Republic
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/BRMart
C/o Po Box 965036
Orlando, FL 32896

Synchrony Bank/BRMart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
C/o Po Box 965036
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Gap
Po Box 965005
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/HHGregg
C/o Po Box 965036
Orlando, FL 32896

Synchrony Bank/HHGregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/JCPenney
Po Box 965007
Orlando, FL 32896

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Po Box 965015
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony/PayPal Credit
Po Box 965005
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Td Auto Finance
Po Box 9223
Farmington, MI 48333

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

Total Visa/The Bank of Missouri
Po Box 85710
Sioux Falls, SD 57118

Total Visa/The Bank of Missouri
Po Box 84930
Sioux Falls, SD 57118

Total Visa/The Bank of Missouri
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118

True Business Funding, LLC
19 Spear Rd #101
Ramsey, NJ 07446

U.S. Bankcorp
Cb Disputes
Saint Louis, MO 63166

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

Uplift, Inc.
440 N Wolfe Rd
Sunnyvale, CA 94085

Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085

Wells Fargo Bank NA
Po Box 14517
Des Moines, IA 50306

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Fl
Des Moines, IA 50328


*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

                                      **Law Offices of Patrick L Cordero, Esq**
                                      Attorney for Debtor(s).
                                      7333 Coral Way
                                      Miami, Florida 33155
                                      Tel: (305) 445-4855


                                      ___/s/ (FILED ECF)_____
                                      PATRICK L. CORDERO, ESQ.
                                      FL Bar No. 801992