**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MAIMI BEACH DIVISION**

In Re:

Leslie Howard Roberts and
Silvia Helena Roberts,

Debtor,
______________________________________/

Case No. 23-10086-RAM

Chapter 13

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PLEADINGS AND OTHER PAPERS**

The undersigned hereby files this Notice of Appearance as counsel for Eve Marie Storm Johnson, a party in interest, and hereby requests that copies of all future pleadings and notices be sent to the undersigned:

Thomas G. Zeichman, Esquire
BEIGHLEY, MYRICK, UDELL & LYNNE, PA
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
csalomon@bmulaw.com

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §1109(b), the request for service of notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleadings, claim or suit is intended or shall be deemed a waiver of any right: (i) to have final orders in non-core matters entered only after de novo review by Untied States District Court; (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Eve Storm, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Eve Storm expressly reserves hereby.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of January, 2023, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**BEIGHLEY, MYRICK, UDELL & LYNNE, PA**
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com

By: /s/ Thomas G. Zeichman
THOMAS G. ZEICHMAN
Florida Bar No. 99239