# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                            PROCEEDING UNDER CHAPTER 13
                                                              CASE NO.: 23-10086-RAM

**Leslie Howard Roberts**
**Silvia Helena Roberts**

        **DEBTORS**        /

## OBJECTION TO CLAIM ON SHORTENED NOTICE
*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B) (2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 8-1 | Nicholas Bridger | $400,423.33 | The Debtor disputes any amount claimed to be owed by Debtor to Creditor. The Creditor failed to attach adequate supporting documentation to the proof of claim. Therefore, this claim shall be stricken and Disallowed. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

                                                            Respectfully Submitted,

                                                            **The Law Offices of Patrick L Cordero, P.A.**
                                                            Attorney for Debtor(s).
                                                            7333 Coral Way
                                                            Miami, Florida 33155
                                                            Tel: (305) 445-4855

                                                            By: ___/s/ (FILED ECF)_____
                                                            PATRICK L. CORDERO, ESQ.
                                                            Fl Bar No: 801992