UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
www.flsb.uscourts.gov

In Re:

Leslie Howard Roberts         Case No. 23-10086-RAM
Silvia Helena Roberts,        Chapter 13

    Debtors,
_____/

## CREDITOR EVE MARIE STORM JOHNSON JOINDER IN
## *TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS (ECF NO. 25)*

Eve Marie Storm Johnson ("**Creditor**"), by and through undersigned counsel, files this joinder to the Objection to Exemptions filed by the Trustee (ECF No. 25), and in support states as follows:

### BRIEF FACTUAL BACKGROUND

1. On January 5, 2023, Debtors Leslie Howard Roberts and Silvia Helena Roberts ("Debtors") filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code. (ECF No. 1).

2. On January 19, 2023, the Debtors file their schedules together with a statement of financial affairs. (ECF No. 13).

3. Among other exemptions, the Debtors claim a homestead exemption in real property located at 495 Brickel Ave #622, Miami, LF 33131 (the "Condo") (ECF No. 13 at p. 10).

4. The Condo was purchased on or about August 16, 2021. A copy of the deed is attached hereto as **Exhibit "A."**

5. The Trustee in this case has already objected to the claim of exemptions as to the homestead based on section 522(p) of the Bankruptcy Code due to the purchase occurring in 2021. (D.E. 25). The Creditor joins in that objection and provides certain additional facts:

1

    a. The Debtors ascribe a value of $552,023.00 to the Condo; however, the 2021 sale was for $710,000.00 as reflected in **Exhibit "B."**

    b. The purported mortgage is $523,800.00 (D.E. 13 at p. 13).

6.    11 U.S.C. 522(p) caps exempt equity on a home acquired within 1,215 days at $189,050.00.

## CONCLUSION

The Court should sustain the objection as set forth above. Creditor reserves the right to amend and supplement this objections upon completion of discovery and investigation.

WHEREFORE, Creditor respectfully requests the Court sustain the objection; and grant any further relief the Court deems appropriate.

Respectfully submitted this March 7, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2023, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                      **BEIGHLEY, MYRICK, UDELL  
                      & LYNNE, PA**  
                      *Attorneys for Creditor*  
                      2385 Executive Center Drive, Suite 250  
                      Boca Raton, FL 33431  
                      Phone: 561-549-9036  
                      Fax: 561-491-5509  
                      tzeichman@bmulaw.com  
                      By: /s/ Thomas G. Zeichman  
                            THOMAS G. ZEICHMAN  
                            Florida Bar No. 99239