MAZZOLA LINDSTROM LLP
*Attorneys for Creditor*
*Nicholas Bridger*
1350 Avenue of the Americas, 2FL
New York, New York 10019
646-416-6280

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: LESLIE HOWARD ROBERTS AND SILIVIA HELENA ROBERTS<br><br>Debtors, | Case No.: 23-10086-RAM<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jean-Claude Mazzola of the firm Mazzola Lindstrom LLP hereby appears in the above captioned case as counsel for Creditor NICHOLAS BRIDGER, and requests that all notices and all papers served or required to be served in this case be also given to and served upon the undersigned counsel.

Date:  New York, New York
       March 10, 2023

                                        MAZZOLA LINDSTROM LLP

                                        _____
                                        Jean-Claude Mazzola
                                        1350 Avenue of the Americas, 2FL
                                        New York, NY 10019
                                        646-416-6280
                                        jeanclaude@mazzolalindstrom.com
                                        *Attorneys for Creditor*
                                        *Nicholas Bridger*