**MAZZOLA LINDSTROM** LLP

Jean-Claude Mazzola
JEANCLAUDE@MAZZOLALINDSTROM.COM
646.216.8585

March 10, 2023

<u>**Via ECF**</u>

Hon. Robert A. Mark
United States Bankruptcy Court
Southern District of Florida
301 North Miami Avenue
Room 417
Miami, Florida 33128

    **Re:** <u>***In re: Leslie Howard Roberts and Silvia Helena Roberts, debtors*.***</u>
           <u>**Petition No. 23-10086-RAM**</u>

Dear Judge Mark:

    We represent claimant Nicholas Bridger (Claim No. 8-1) and write to request to an adjournment of the hearing scheduled for Tuesday, March 14, 2023, at 9:00 AM to Friday, April 14, 2023. This is Mr. Bridger's first request for an adjournment.

    I am the only member of my firm who is licensed to practice in Florida's Federal Courts and am preparing for an upcoming trial scheduled to begin on March 16, 2023 in the New York Supreme Court. We respectfully ask that the Court adjourn the hearing to April 14, 2023. We are working to cure any perceived deficiencies in our filing, which may altogether moot this hearing.

    We are seeking time to resolve these disputes in an effort to conserve judicial resources and expedite resolution of the claim. We have advised debtor's counsel accordingly and requested that they stipulate to an adjournment.

                                       **MAZZOLA LINDSTROM LLP**
                                       By: */s/ Jean-Claude Mazzola*
                                       Jean-Claude Mazzola Attorneys
                                       for Nicholas Bridger
                                       1350 Avenue of the Americas, 2nd Floor New York, NY 10019
                                       Tel: (646) 216-8585
                                       Cell:(646) 250-6666
                                       jeanclaude@mazzolalindstrom.com