

**ORDERED in the Southern District of Florida on March 15, 2023.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re:<br><br>LESLIE HOWARD ROBERTS and SILVIA HELENA ROBERTS,<br><br>        Debtors. | CASE NO. 23-10086-RAM<br>CHAPTER 13 |

**ORDER (1) GRANTING MOTION**
**TO CONTINUE; AND (2) SETTING**
**FURTHER HEARING AND SETTING DEADLINE**

The Court conducted a hearing on March 14, 2023, on a letter [DE# 48] docketed as First Motion to Continue Hearing (the "Motion to Continue"). As stated on the record at the March 14, 2023 hearing, it is -

**ORDERED** as follows:

1. The Motion to Continue is granted.

2. The Court is resetting the hearing on the Debtor's Objection to Claim [DE# 39] on **April 20, 2023** at **11:00 a.m.** The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

3. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

4. To register for the video conference, click on the following link or manually enter the following link in a browser: https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

5. The Claimant shall file an Amended Proof of Claim no later than April 4, 2023.

###

COPIES TO:

Patrick L. Cordero, Esq.
Jean-Claude Mazzola, Esq.
Nancy K. Neidich, Trustee