UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          CASE NO.: 23-10086-RAM
**Leslie Howard Roberts**
**Silvia Helena Roberts**

                                                               CHAPTER 13

_____ Debtors /

## CERTIFICATE OF SERVICE and CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of <u>Order Granting Motion to Continue and Setting Further Hearing and Setting Deadline</u> was served as follows:

**The following entities were served via CM/ECF:**
Nancy K. Nedich, Chapter 13 Trustee

**The following entities were served and, in the manner, indicated below on March 22, 2023**

**To All Creditors listed on the Mailing Matrix**

**Mazzola Lindstrom LLP**
**c/o Nicholas Bridger**
**1350 Avenue of the Americas**
**Second Floor**
**New York, NY 10019**
**Certified Mail:7010-1670-0000-0160-8867**

**Mazzola Lindstrom LLP**
**c/o Hanoch Sheps, Esquire**
**1350 Avenue of the Americas**
**Second Floor**
**New York, NY 10019**
**Certified Mail:7010-1670-0000-0160-8874**

                    **Respectfully Submitted By,**

                    **The Law Offices of Patrick L Cordero, P.A.**
                    **Attorney for Debtor(s).**
                    **7333 Coral Way**
                    **Miami, Florida 33155**
                    **Tel: (305) 445-4855**

                    **By:    /s/ (FILED ECF)**
                    **[ x ] Patrick L. Cordero, Esq., FBN 801992**
                    **[    ] Miriam V. Marenco, Esq., FBN 86115**