

445 Broadhollow Road
Suite 25
Melville, NY 11747
(516) 792-9800

Anthony F. Giuliano, Esq.
Direct: (516) 792-6977
Office: (516) 792-9800
afg@glpcny.com

March 24, 2023

*VIA E-Filing Only*
Clerk of the Court
Bankruptcy Court Southern District Florida
301 North Miami Ave., Room 150
Miami, Florida, 33128

                                              **Re:**
                                              **Case No. 23-10086 Leslie Howard Roberts and Silvia Helena Roberts**

Dear Sir or Madam:

      Giuliano Law PC represents Business Funding Corp. Please be advised that Business Funding Corp. hereby withdraws Claim 25-1, Amended Claim 25-2 and Claim No. 28 -1 filed on March 24, 2023.

      Should you have any questions, please feel free to contact me.

                                                        Sincerely,

                                                        */s/Anthony F. Giuliano*
                                                           Anthony F. Giuliano