


**ORDERED in the Southern District of Florida on April 12, 2023.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN RE:**
**Leslie Howards Roberts**
**Silvia Helena Roberts**

**PROCEEDINGS UNDER CHAPTER 13**

**CASE NO.: 23-10086-RAM**

**DEBTORS /**

**ORDER SUSTAINING OBJECTION TO CLAIM #17-1 FILED BY BRICKHOUSE OPCP I, LLC (DE#50)**

THIS CASE CAME before the Court on the consent calendar on April 11, 2023 on the Debtor's Objection to Claim #17-1 filed by Brickhousse OpCp I, LLC (ECF #50), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #17-1 is **SUSTAINED.**

2. That Claim #17-1 is **STRICKEN**, from the Claims Register and DISALLOWED from receiving further distribution from the Chapter 13 Trustee.

(###)

Submitted By:

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
PATRICK L. CORDERO, ESQ./ FL Bar No. 801992

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.