**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **In Re:** | **PROCEEDINGS UNDER CHAPTER 13** |
| **Leslie Howard Roberts** | **CASE NO.: 23-10086-RAM** |
| **Silvia Helena Roberts** | |
| _____**Debtors.**_____/ | |

**AGREED EX-PARTE MOTION TO CONTINUE**
**DEBTORS' OBJECTION TO CLAIM (DE#39)**

**COMES NOW,** the Debtors, Leslie Howard Roberts and Silvia Helena Roberts, by and through their undersigned attorney, respectfully move that this court grant a continuance of the Debtors' Objection to Claim (DE#39), which was originally set for April 20, 2023 at 11:00 a.m. an state as follows:

1. The Debtors are requesting a continuance of their Objection to Claim (DE#39) as the Creditor has amended its claim with substantial documentation, which requires additional time to thoroughly review.

2. Additionally, Debtors have requested further clarification and breakdown of the amounts alleged to be owed by the Debtors in the amended Proof of Claim.

3. Debtors' counsel contacted Counsel for Creditor, Mazzola Lindstrom LLP, prior to filing this Motion. Counsel for Creditor has agreed to the relief sought in this Motion.

4. Debtors' counsel and Creditors' counsel are seeking a minimum of 30 days continuance in order to review all the documents in support of the claim, response by all parties, and possibly discuss settlement to resolve these disputes in an effort to conserve judicial resources and expedite resolution of the claim.

WHEREFORE, the Debtors' respectfully request an Order Granting a continuance of the Debtors' Objection of claim (DE#39) and any other relief deemed proper.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        Respectfully Submitted:

        **Law Offices of Patrick L. Cordero, Esq.**
        Attorney for Debtors
        7333 Coral Way
        Miami, Florida 33155
        Tel: (305) 445-4855
           /s/  (FILED CM/ECF)
        PATRICK L. CORDERO, ESQ.
        FL Bar No. 801992