

**ORDERED in the Southern District of Florida on April 14, 2023.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| **In Re:** | **PROCEEDINGS UNDER CHAPTER 13** |
| **Leslie Howard Roberts** | **CASE NO.: 23-10086-RAM** |
| XXX-XX-8039 | |
| **Silvia Helena Roberts** | |
| XXX-XX-7771 | |
| _____Debtors_____/ | |

**AGREED ORDER GRANTING EX-PARTE MOTION TO CONTINUE**
**DEBTORS OBJECTION TO CLAIM (DE #39)**

THIS CASE came before the Court upon on the Debtors' Agreed Motion to Continue Debtors' Objection to Claim (DE # 65) set for April 20, 2023, filed by debtors, and the Court having been advised in the premises, it is*:*

**ORDERED:**

1. Debtors Agreed Motion to Continue Debtors' Objection to Claim (DE # 39) is GRANTED.

2. The Court is resetting the hearing on the Debtors' Objection to Claim [DE# 39] on

LF-92 (rev. 01/08/10)

      **June 13, 2023**   at  **9:00 a.m**. The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

3. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark.

4. To register for the video conference, click on the following link or manually enter the following link in bowser:

https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

**Law Offices of Patrick L. Cordero, P.A.**
Patrick L. Cordero, Esq., FL Bar No. 801992
Attorney for Debtor(s)
198 N.W. 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

Attorney, Patrick L. Cordero, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.

LF-92 (rev. 01/08/10)