UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 23-10086

Leslie Howard Roberts
Silvia Helena Roberts
    Debtor
_____/

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CASE FOR FAILURE TO TIMELY PROVIDE THE TRUSTEE WITH DEBTOR'S FEDERAL TAX RETURN (69)

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Notice of Withdrawal of her Motion to Dismiss Case For Failure to Timely Provide The Trustee With Debtor's Federal Tax Return (69) .

        RESPECTFULLY SUBMITTED:
        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL 33027-9806

        By: /s/_____
         Amy E. Carrington, Esq.
        *Senior Staff Attorney*
        FLORIDA BAR NO: 101877

Served by NEF to Debtor's Attorney