# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Leslie Howard Roberts and Silvia Helena Roberts

_____ Debtor(s)     /

Case No: 23-10086-RAM

Adversary No.: 23-01095-RAM

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, __Jean-Claude Mazzola__ ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* __Hanoch Sheps__ ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court(s) for [identify all districts], and qualified to practice in this court, who proposes to act as counsel for [list client or clients] __Nicholas Bridger__ ("Client(s)") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client(s).

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client(s), unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client(s).

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client(s) in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the

Client(s). I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client(s) and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client(s). I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client(s) in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client(s) and indicating Movant as local counsel for the Client(s), and for such other and further relief as may be just.

Dated: April 28, 2023

                                                      Jean-Claude Mazzola
Mazzola Lindstrom LLP
1350 6th Avenue, Second Floor
New York, NY 10019
646.216.8585
jeanclaude@mazzolalindstrom.com
Fl. Bar No.: 73466

BY: _____

## Affidavit of Proposed Visiting Attorney

I, __Hanoch Sheps__, am a member in good standing of the bar of the [State/Commonwealth/Territory/U.S. Possession] of __New York__. I am a member in good standing of the bar of the United States District Court for the [identify all relevant district(s)] __Eastern and Southern Districts of New York__, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of [list client or clients] __Nicholas Bridger__ ("Client(s)"). I designate __Jean-Claude Mazzola__ ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client(s). I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client(s), and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: April 28, 2023

        Hanoch Sheps
        Mazzola Lindstrom LLP
        1350 6th Avenue, Second Floor
        New York, NY 10019
        hanoch@mazzolalindstrom.com
        646.216.8126
        NYS Bar No.: 5236047

BY: _____