

**ORDERED in the Southern District of Florida on May 31, 2023.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Miami Division)**
**www.flsb.uscourts.gov**

In Re:

Leslie Howard Roberts                                 Case No. 23-10086-RAM
Silvia Helena Roberts,                                Chapter 13

       Debtors,
_____/

**AGREED ORDER GRANTING CREDITOR'S MOTION TO**
**EXTEND TIME TO OBJECT TO DEBTORS' DISCHARGE**

THIS CAUSE came before the Court without hearing upon the *Ex Parte Agreed Motion to Extend Time to Object to Debtors' Discharge and Dischargeability* [ECF No. 82] (the "Motion"), filed by Creditor, Eve Marie Storm Johnson. The Court having reviewed the Motion, noting that the motion satisfies the Local Rules for ex parte relief, noting the agreement of the parties and having been otherwise fully advised, it is thereupon

1

**ORDERED AND ADJUDGED**

1.  The *Ex Parte Motion to Extend Time to Object to Debtors' Discharge and Dischargeability* is **GRANTED.**

2.  The deadline for Creditor, Eve Marie Storm Johnson, to file an objection to the Debtors', Leslie Howard Roberts and Silvia Helena Roberts, discharge and to dischargeability of their debt is hereby extended through and including June 30, 2023.

###

**Submitted By:**
Thomas G. Zeichman, Esq.
BEIGHLEY, MYRICK, UDELL & LYNNE, PA
*Attorneys for Creditor*
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com

Copies furnished to: Thomas Zeichman, Esq., who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.