UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**AMENDED**

RE:  LESLIE HOWARD ROBERTS                                    CASE NUMBER: 23-10086-RAM
     SILVIA HELENA ROBERTS

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION
### (If this case is dismissed, this deficiency is an objection to reinstate)

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows. **The debtor may be dismissed for failure to fund the plan if they are delinquent in payments. The Court may dismiss this case if no one appears at the confirmation hearing to represent the debtor.** *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee and reviewed for issues raised and additional documents needed.*

The debtor's attorney must provide all written responses or documents through BKDOCS.US by 5pm at least 15 days prior to the confirmation hearing. Pro Se debtors may fax 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal.

> **ATTORNEYS MUST SEEK A RESOLUTION PRIOR TO THE CONFIRMATION HEARING OF ALL OUTSTANDING ISSUES.** The Trustee's Office has a "Pre-call" date. During this period, the Debtor's or Creditor's attorney must call **THE THURSDAY PRIOR TO THE HEARING** and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes to this recommendation the day before the hearing.

================================================================================
CONFIRMATION RECOMMENDATION:                          **LAST REVIEWED: July 3, 2023**

**4AP served 7/7**           PENDING OVER 6 MONTHS
**If counsel for the debtor(s) appears at confirmation, confirms service, and agrees to vesting and the recommendation on the record:**

**If Amended Plan filed on or before 7/13** *to amend plan to correct direct pay language (cut off) and no other changes and objection sustained*, **AND attorney pre-calls with Trustee's staff attorney on 7/13, Confirm 5A Plan,**
*If* not on docket by **7/13, Continue to 8/15: Due on or before on 7/21:** to amend plan to correct direct pay language (cut off)

*Objection (38)* Johnson bad faith, disposable income

*If 100% language is removed, Debtor to provide documents/resolve issues on prior deficiencies contemporaneously with filing of amended plan.*

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402