

**ORDERED in the Southern District of Florida on July 17, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                                     PROCEEDINGS UNDER CHAPTER 13
Leslie Howards Roberts                          CASE NO.: 23-10086-RAM
Silvia Helena Roberts

_____ Debtors.  /

### AGREED ORDER OVERRULING OBJECTION TO CLAIM NO.8
### FILED BY NICHOLAS BRIDGER

THIS CASE CAME before the Court on the consent Chapter 13 calendar on June 13, 2023

on the Debtor's Objection to Claim No. 8 filed by Nicholas Bridger (DE#39), and based upon

agreement by the parties and the record, it is:

**ORDERED** as follows:

1.      Debtors' Objection to Claim No. 8 is overruled.

2.      Claim No.8 is allowed as an unsecured claim in the amount of $140,000.00.

3.      Pursuant to the Debtor's Chapter 13 plan, the Debtor shall pay 100% of the claim as allowed.

4.      In the event that full payment of the allowed claim under the Chapter 13 Plan is not consummated, then Mr. Bridger's claim No. 8 shall be restored to whatever pre-petition rights he may have had under applicable local rule, State or Federal law.

(###)

Submitted By:

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
PATRICK L. CORDERO, ESQ./ FL Bar No. 801992

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.