

**ORDERED in the Southern District of Florida on July 18, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**In Re:**  PROCEEDING UNDER CHAPTER 13
**Leslie Howard Roberts**  CASE NO. 23-10086-RAM
**Silvia Helena Roberts**
                        **Debtors.** /

**ORDER GRANTING APPLICATION FOR FEES BY ATTORNEY FOR DEBTOR**

THIS CASE came on to be heard by the Court on July 18, 2023, on Counsel's Application for Compensation [DE#100] and based on the record, it is:

**ORDERED:**

1. Counsel's Application for Compensation is GRANTED.

2. Debtors' counsel, Law Offices of Patrick L. Cordero, is awarded $19,000.00 in fees and $0.00 costs for a total of $19,000.00 for the representation of the Debtors.

3. Debtors' Counsel is to be paid $14,500.00 through the Debtors' Chapter 13 Plan.

(###)

Submitted By:

**Law Offices of Patrick L. Cordero, P.A.**
Counsel for the Debtor
7333 Coral Way
Miami, FL 33155
(305) 445-4855
(305) 445-9483
PATRICK L. CORDERO, ESQ
FL Bar No. 801992

Attorney **Patrick L. Cordero** is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.