# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:

LESLIE HOWARD ROBERTS
SILVIA HELENA ROBERTS

DEBTORS_____/

CASE NO.: 23-10086-BKC-RAM
PROCEEDING UNDER CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on __10/17/2023__.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
☐ Kenia Molina, Esq.
   FLORIDA BAR NO: 0085156
☒ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Gianny Blanco, Esq.
   FLORIDA BAR NO: 78080

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 23-10086-BKC-RAM

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**By Mail:**
**DEBTORS**
LESLIE HOWARD ROBERTS
SILVIA HELENA ROBERTS
495 BRICKELL AVE #622
MIAMI, FL 33131

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
PATRICK L CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL 33155

```
***********************
       FAX TX REPORT
***********************

            TRANSMISSION OK

JOB NO.                    1079
User Name                  ccooper
DESTINATION ADDRESS        13054027616
SUBADDRESS
DESTINATION ID
ST. TIME                   09/05 12:06
TX/RX TIME                 00'48
PGS.                       1
RESULT                     OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

09/05/2023

To: PATRICK L. CORDERO, ESQUIRE

Re: Leslie Howard Roberts          Case: 23-10086-RAM

Dear PATRICK L. CORDERO, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor: UNITED STATES TREASURY - $6515.60

Plan does not conform to an unsecured priority claim - Court Claim #30.2

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case.

Very truly yours,

CLARISSA