UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    CASE NO.: 23-10086-RAM
                                                                                          CHAPTER 13

**Leslie Howard Roberts**
**Silvia Helena Roberts**
_____**Debtor**   /

OBJECTION TO CLAIM
IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) object(s) to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 31-1 | Wynwood Capital Group LLC | In that the claim was not timely filed, and therefore the claim should be STRICKEN and DISALLOWED. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  10/2/2024

                                        Respectfully Submitted,

                                        **The Law Offices of Patrick L. Cordero, P.A.**
                                        Attorney for Debtor(s).
                                        7333 Coral Way
                                        Miami, Florida 33155
                                        Tel: (305) 445-4855

                                        By:     /s/ (FILED ECF)
                                        Patrick L. Cordero, Esq., FBN 801992