United States Bankruptcy Court
Southern District of Florida

In re:  
Leslie Howard Roberts  
Silvia Helena Roberts  
    Debtors

Case No. 23-10086-RAM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 9  
Date Rcvd: Jan 23, 2025      Form ID: CGFD44      Total Noticed: 146

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leslie Howard Roberts, Silvia Helena Roberts, 495 Brickell Ave #622, Miami, FL 33131-2773 |
| intp | | Business Funding Corp., c/o Giuliano Law PC, Anthony Giuliano, Esq., 445r Broadhollow Rd., Suite 25 Melville, NY 11747 |
| cr | + | Wilmington Savings Fund Society, FSB, c/o Kahane and Associates, P.A., 1619 NW 136th Avenue, Suite D-220, Sunrise, FL 33323-2856 |
| 96872267 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 96886242 | | Business Fund Corp., c/o Giuliano Law PC, Anthony Giuliano, Esq., 445 Broadhollow ARd., Suite 25, Melville, N.Y. 11747-3645 |
| 96886254 | | Business Fund Corp., c/o Giuliano Law PC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, N.Y. 11747-3645 |
| 96896119 | | Business Funding Corp., c/o Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 96819694 | + | Eve Marie Storm Johnson, c/o Leon & Saltiel, PLLC, 2600 S Douglas Rd Suite 502, Miami, FL 33134-6134 |
| 96819693 | + | Eve Marie Storm Johnson, c/o Law Offices of Hoffman & Hoffman, PA, 66 W Flagler Street Suite 200, Miami, FL 33130-1876 |
| 96808911 | + | Gateway One Lending & Finance, Attn: Bankruptcy, 175 North Riverview Dr, Suite 100, Anaheim, CA 92808-1225 |
| 96852560 | + | Hanoch Sheps, Mazzola Lindstrom LLP, 1350 Avenue of the Americas, Second Floor, New York, NY 10019-4702 |
| 96819712 | + | Iconbrickell Tower I (1st HOA), c/o First Service Residential, 465/475 Brickell Avenue, Miami, FL 33131-2494 |
| 96819713 | + | Iconbrickell Tower I (2nd HOA), c/o First Service Residential, 465/475 Brickell Avenue, Miami, FL 33131-2494 |
| 96819715 | + | Jason M Wandner, PA, 100 N Biscayne Blvd Suite 1607, Miami, FL 33132-2308 |
| 96909309 | + | Jean Claude Mazzola, Mazzola Lindstrom LLP, 1350 Avenue of the Americas, Second Floor, New York, NY 10019-4702 |
| 96909267 | + | Jean Claude Mazzola, Mazzola Lindstrom LLP, 1350 Avenue of the Americas,, 2nd Floor, NEW YORK CITY, NY 10019-4703 |
| 96852561 | + | Nicholas Bridger, Mazzola Lindstrom LLP Attn: Hanoch Shep, 1350 Avenue of the Americas, Second Floor, New York, NY 10019-4702 |
| 96808931 | + | Sefinceau, 4000 N Federal Way, Boca Raton, FL 33431-4566 |
| 96819758 | + | True Business Funding, LLC, 19 Spear Rd #101, Ramsey, NJ 07446-1223 |
| 97613276 | + | WYNWOOD CAPITAL GROUP LLC, 20200 W DIXIE HWY UNIT 608, Miami, FL 33180-1925 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Jan 24 2025 03:28:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 23 2025 23:02:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: LCITDAUTO | Jan 24 2025 03:34:00 | TD Bank, N.A., c/o Bertis A Echols, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 96808855 | + | EDI: GMACFS.COM | Jan 24 2025 03:28:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 96808854 | + | EDI: GMACFS.COM | Jan 24 2025 03:28:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 96808856 | + | EDI: CITICORP | | |

District/off: 113C-1   User: admin   Page 2 of 9
Date Rcvd: Jan 23, 2025   Form ID: CGFD44   Total Noticed: 146

| ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 24 2025 03:34:00 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 96808857 | + Email/PDF: bncnotices@becket-lee.com | Jan 23 2025 23:03:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 96808858 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 23 2025 23:00:00 | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 96808859 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 23 2025 23:00:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 96808860 | + Email/Text: bk@avant.com | Jan 23 2025 23:02:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 96808861 | + Email/Text: bk@avant.com | Jan 23 2025 23:02:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 96808862 | + EDI: BANKAMER | Jan 24 2025 03:28:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 96808863 | + EDI: BANKAMER | Jan 24 2025 03:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 96808888 | Email/Text: cfcbackoffice@contfinco.com | Jan 23 2025 23:01:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 96808887 | Email/Text: cfcbackoffice@contfinco.com | Jan 23 2025 23:01:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 96808889 | Email/Text: cfcbackoffice@contfinco.com | Jan 23 2025 23:01:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 96808890 | Email/Text: cfcbackoffice@contfinco.com | Jan 23 2025 23:01:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 96808865 | + EDI: CAPITALONE.COM | Jan 24 2025 03:34:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 96808864 | + EDI: CAPITALONE.COM | Jan 24 2025 03:34:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 96808867 | + EDI: CAPONEAUTO.COM | Jan 24 2025 03:34:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 96819662 | + EDI: CAPONEAUTO.COM | Jan 24 2025 03:34:00 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 96808866 | EDI: CAPONEAUTO.COM | Jan 24 2025 03:34:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 96859231 | EDI: CAPITALONE.COM | Jan 24 2025 03:34:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 96808869 | + EDI: CAPITALONE.COM | Jan 24 2025 03:34:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96808868 | + EDI: CAPITALONE.COM | Jan 24 2025 03:34:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 96808871 | + EDI: CAPITALONE.COM | Jan 24 2025 03:34:00 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96808870 | + EDI: CAPITALONE.COM | Jan 24 2025 03:34:00 | Capital One/SaksFirst, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 96819668 | + EDI: CAPITALONE.COM | Jan 24 2025 03:34:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 96808874 | + EDI: CITICORP | Jan 24 2025 03:34:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 96808873 | + EDI: CITICORP | Jan 24 2025 03:34:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 96808879 | + EDI: CITICORP | Jan 24 2025 03:34:00 | Citibank North America, Po Box 6497, Sioux |

| | | | |
|---|---|---|---|
| 96808880 | EDI: CITICORP | | Falls, SD 57117-6497 |
| | | Jan 24 2025 03:34:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 96808881 | + EDI: WFNNB.COM | Jan 24 2025 03:34:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 96808882 | + EDI: WFNNB.COM | Jan 24 2025 03:34:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 96808884 | + EDI: WFNNB.COM | Jan 24 2025 03:34:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 96808883 | + EDI: WFNNB.COM | Jan 24 2025 03:34:00 | Comenity/MPRC, Po Box 182120, Columbus, OH 43218-2120 |
| 96808885 | + EDI: WFNNB.COM | Jan 24 2025 03:34:00 | Comenitycapital/c21, Po Box 182120, Columbus, OH 43218-2120 |
| 96808886 | + EDI: WFNNB.COM | Jan 24 2025 03:34:00 | Comenitycapital/c21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 96808892 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2025 23:04:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 96808891 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2025 23:04:30 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 96808916 | EDI: CITICORP | Jan 24 2025 03:34:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 96808896 | EDI: CITICORP | Jan 24 2025 03:34:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 96808893 | + EDI: DISCOVER | Jan 24 2025 03:34:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 96808894 | + EDI: DISCOVER | Jan 24 2025 03:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 96808895 | + EDI: CITICORP | Jan 24 2025 03:34:00 | Dsnb Bloomingdales, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 96816975 | + Email/Text: ahochheiser@mauricewutscher.com | Jan 23 2025 23:01:00 | EBF Holdings, LLC dba, Everest Business Funding, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 96808897 | + EDI: CITICORP | Jan 24 2025 03:34:00 | Expo/Thd/Citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 96808898 | + EDI: CITICORP | Jan 24 2025 03:34:00 | Expo/Thd/Citi, Citicards Srvcs/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 96808899 | Email/Text: bky_mail@fanniemae.com | Jan 23 2025 23:00:00 | Fannie Mae Mortgage Loan Company, c/o Timothy J. Mayopoulos, CEO, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892 |
| 96808902 | Email/Text: BNSFN@capitalsvcs.com | Jan 23 2025 23:00:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 96808903 | Email/Text: BNSFN@capitalsvcs.com | Jan 23 2025 23:00:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 96808906 | Email/Text: BNBLAZE@capitalsvcs.com | Jan 23 2025 23:00:00 | First Savings Bank/Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 96808907 | Email/Text: BNBLAZE@capitalsvcs.com | Jan 23 2025 23:00:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 96808901 | + EDI: BLUESTEM | Jan 24 2025 03:34:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 96808900 | + EDI: BLUESTEM | | |

| District/off: 113C-1 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: CGFD44 | Total Noticed: 146 |

| | | | Jan 24 2025 03:34:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
|---|---|---|---|---|
| 96808904 | + | EDI: AMINFOFP.COM | Jan 24 2025 03:34:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 96808905 | + | EDI: AMINFOFP.COM | Jan 24 2025 03:34:00 | First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 96808908 | ^ | MEBN | Jan 23 2025 22:50:19 | Firstbank Florida, 9795 South Dixie Hwy, Miami, FL 33156-2806 |
| 96808909 | | Email/Text: bankruptcy_notices@freddiemac.com | Jan 23 2025 22:59:00 | Freddie Mac Mortgage Loan Company, c/o Donald H. Layton, CEO, 8200 Jones Branch Dr., Mc Lean, VA 22102-3110 |
| 96808913 | ^ | MEBN | Jan 23 2025 22:49:06 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 96808914 | | EDI: IRS.COM | Jan 24 2025 03:34:00 | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 96881757 | | EDI: JEFFERSONCAP.COM | Jan 24 2025 03:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 96808875 | | EDI: JPMORGANCHASE | Jan 24 2025 03:34:00 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203 |
| 96808876 | | EDI: JPMORGANCHASE | Jan 24 2025 03:34:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 96808878 | | EDI: JPMORGANCHASE | Jan 24 2025 03:34:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 96808877 | | EDI: JPMORGANCHASE | Jan 24 2025 03:34:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 96831778 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 23 2025 23:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 96856573 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 23:04:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 96819366 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2025 23:03:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 96808915 | + | EDI: CITICORP | Jan 24 2025 03:34:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 96808918 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 23 2025 23:00:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 96808917 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 23 2025 23:00:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 96808919 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2025 23:16:03 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 96808920 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2025 23:02:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 96808921 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2025 23:02:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 96808924 | ^ | MEBN | Jan 23 2025 22:48:20 | NCB Management Services, 1 Allied Drive, Trevose, PA 19053-6945 |
| 96808925 | ^ | MEBN | Jan 23 2025 22:48:21 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose, PA 19053-6945 |
| 96808923 | + | Email/Text: bankruptcy@ncaks.com | Jan 23 2025 23:00:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS |

| District/off: 113C-1 | User: admin | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: CGFD44 | Total Noticed: 146 |

| | | | | |
|---|---|---|---|---|
| | | | | 67504-3023 |
| 96808922 | + | Email/Text: bankruptcy@ncaks.com | Jan 23 2025 23:00:00 | National Credit Adjusters, LLC, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 96808926 | + | Email/Text: bnc@nordstrom.com | Jan 23 2025 23:01:06 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 96808927 | + | Email/Text: bnc@nordstrom.com | Jan 23 2025 23:01:58 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 96808928 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2025 23:04:05 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 96808929 | | EDI: PRA.COM | Jan 24 2025 03:34:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 96808930 | | EDI: PRA.COM | Jan 24 2025 03:34:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 96883369 | | EDI: PRA.COM | Jan 24 2025 03:34:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 96819732 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 23:03:38 | PYOD LLC, POB 10497, Greenville, SC 29603-0497 |
| 96811679 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 23:04:06 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 96861140 | + | EDI: JEFFERSONCAP.COM | Jan 24 2025 03:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 96877541 | | EDI: Q3G.COM | Jan 24 2025 03:34:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 96808932 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 23 2025 23:02:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 96808933 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 23 2025 23:02:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 96808934 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Syncb/city Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96808938 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96808937 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/BRMart, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96808936 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96808935 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 96808940 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 96808939 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96808942 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96808941 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 96808944 | + | EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96808943 | + | EDI: SYNC | | |

Case 23-10086-RAM    Doc 137    Filed 01/25/25    Page 6 of 11

| District/off: 113C-1 | User: admin | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: CGFD44 | Total Noticed: 146 |

| | | | |
|---|---|---|---|
| 96808945 | + EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/HHGregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96808946 | + EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 96808948 | + EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96808947 | + EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 96808949 | + EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 96808950 | + EDI: SYNC | Jan 24 2025 03:34:00 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 96813783 | EDI: LCITDAUTO | Jan 24 2025 03:34:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96808952 | + EDI: LCITDAUTO | Jan 24 2025 03:34:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 96808951 | + EDI: LCITDAUTO | Jan 24 2025 03:34:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 96808955 | + EDI: TCISOLUTIONS.COM | Jan 24 2025 03:34:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 96808953 | + EDI: TCISOLUTIONS.COM | Jan 24 2025 03:34:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 96808954 | + EDI: TCISOLUTIONS.COM | Jan 24 2025 03:34:00 | Total Visa/The Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 96883447 | + Email/Text: bankruptcy@bbandt.com | Jan 24 2025 03:34:00 | Total Visa/The Bank of Missouri, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 96808912 | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Jan 23 2025 23:01:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 96882390 | EDI: USBANKARS.COM | Jan 23 2025 23:00:00 | Honorable Juan Antonio Gonzalez, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132 |
| 96808957 | + EDI: USBANKARS.COM | Jan 24 2025 03:34:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 96808956 | EDI: USBANKARS.COM | Jan 24 2025 03:34:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 96819759 | + EDI: USBANKARS.COM | Jan 24 2025 03:34:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 96819761 | Email/Text: bankruptcies@uplift.com | Jan 24 2025 03:34:00 | U.S. Bankcorp, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 96808959 | Email/Text: bankruptcies@uplift.com | Jan 23 2025 23:00:00 | Uplift, Inc., 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 96808960 | + EDI: WFFC2 | Jan 23 2025 23:00:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 96808961 | + EDI: WFFC2 | Jan 24 2025 03:34:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 96824397 | + EDI: WFFC2 | Jan 24 2025 03:34:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| | | Jan 24 2025 03:34:00 | Wells Fargo Bank, N.A., Wells Fargo Bank Small Business Lending, PO Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

| District/off: 113C-1 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: CGFD44 | Total Noticed: 146 |

| 96858604 | EDI: WFFC2 | | |
|---|---|---|---|
| | | Jan 24 2025 03:34:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 126

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96808872 | | Capitalone |
| 96808958 | | Uplift, Inc. |
| 96819651 | *+ | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 96819650 | *+ | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 96819652 | *+ | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 96819653 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 96819654 | *+ | Aspire Credit Card, Po Box 105555, Atlanta, GA 30348-5555 |
| 96819655 | *+ | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 96819656 | *+ | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 96819657 | *+ | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 96819658 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 96819659 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 96819684 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 96819683 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 96819685 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 96819686 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 96819661 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 96819660 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 96819663 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 96819665 | *+ | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96819664 | *+ | Capital One/Neiman Marcus/Bergdorf Goodm, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 96819667 | *+ | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 96819666 | *+ | Capital One/SaksFirst, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 96819670 | *+ | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 96819669 | *+ | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 96819675 | *+ | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 96819676 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 96819677 | *+ | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 96819678 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 96819680 | *+ | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 96819679 | *+ | Comenity/MPRC, Po Box 182120, Columbus, OH 43218-2120 |
| 96819681 | *+ | Comenitycapital/c21, Po Box 182120, Columbus, OH 43218-2120 |
| 96819682 | *+ | Comenitycapital/c21, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 96819688 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 96819687 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 96819717 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 96819692 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 96819689 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 96819690 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 96819691 | *+ | Dsnb Bloomingdales, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 96819695 | *+ | Expo/Thd/Citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 96819696 | *+ | Expo/Thd/Citi, Citicards Srvcs/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 96819697 | *P++ | FEDERAL NATIONAL MORTGAGE ASSOCIATION FANNIE MAE, GRANITE PARK VII, 5600 GRANITE PKWY, PLANO TX 75024-4126, address filed with court:, Fannie Mae Mortgage Loan Company, c/o Timothy J. Mayopoulos, CEO, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892 |
| 96819700 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 96819701 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed |

| | | |
|---|---|---|
| District/off: 113C-1 | User: admin | Page 8 of 9 |
| Date Rcvd: Jan 23, 2025 | Form ID: CGFD44 | Total Noticed: 146 |

| | | |
|---|---|---|
| | | with court:, First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 96819704 | *P++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings Bank/Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 96819705 | *P++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 96819699 | *+ | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 96819698 | *+ | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 96819702 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 96819703 | *+ | First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 96819706 | *+ | Firstbank Florida, 9795 South Dixie Hwy, Miami, FL 33156-2806 |
| 96819707 | * | Freddie Mac Mortgage Loan Company, c/o Donald H. Layton, CEO, 8200 Jones Branch Dr., Mc Lean, VA 22102-3110 |
| 96819708 | *+ | Gateway One Lending & Finance, 3818 E Coronado, Anaheim, CA 92807-1620 |
| 96819709 | *+ | Gateway One Lending & Finance, Attn: Bankruptcy, 175 North Riverview Dr, Suite 100, Anaheim, CA 92808-1225 |
| 96819711 | *+ | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 96819714 | * | Internal Revenue Service, Centralized Insolvency Operation, POB 7346, Philadelphia, PA 19101-7346 |
| 96819671 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203 |
| 96819672 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 96819674 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 96819673 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 96819716 | *+ | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 96819719 | *+ | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 96819718 | *+ | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 96819720 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 96819721 | *+ | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 96819722 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 96819725 | *+ | NCB Management Services, 1 Allied Drive, Trevose, PA 19053-6945 |
| 96819726 | *+ | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Feasterville-Trevose, PA 19053-6945 |
| 96819724 | *+ | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 96819723 | *+ | National Credit Adjusters, LLC, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 96819727 | *+ | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 96819728 | *+ | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 96819729 | *+ | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 96819730 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 96819731 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 96819733 | *+ | Sefinceau, 4000 N Federal Way, Boca Raton, FL 33431-4566 |
| 96819734 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 96819735 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 96819736 | *+ | Syncb/city Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96819740 | *+ | Synchrony Bank/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96819739 | *+ | Synchrony Bank/BRMart, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96819738 | *+ | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96819737 | *+ | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 96819742 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 96819741 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96819744 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96819743 | *+ | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 96819746 | *+ | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96819745 | *+ | Synchrony Bank/HHGregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 96819747 | *+ | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 96819748 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96819750 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 96819749 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 96819751 | *+ | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 96819752 | *+ | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96819754 | *+ | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 96819753 | *+ | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 96819757 | *+ | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 96819755 | *+ | Total Visa/The Bank of Missouri, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 96819756 | *+ | Total Visa/The Bank of Missouri, Po Box 84930, Sioux Falls, SD 57118-4930 |

| | | | |
|---|---|---|---|
| 96819710 | *P++ | | U S ATTORNEY'S OFFICE, 99 NE 4TH STREET SUITE 300, MIAMI FL 33132-2131, address filed with court:, Honorable Juan Antonio Gonzalez, US Attorney for Southern District, 99 NE 4 St, Miami, FL 33132 |
| 96819760 | *+ | | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 96819762 | *P++ | | UPLIFT INC, 2 N CENTRAL AVE FL 10, PHOENIX AZ 85004-4422, address filed with court:, Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 96819763 | *+ | | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 96819764 | *+ | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| 96808910 | ##+ | | Gateway One Lending & Finance, 3818 E Coronado, Anaheim, CA 92807-1620 |

TOTAL: 2 Undeliverable, 104 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025                        Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony F. Giuliano | on behalf of Interested Party Business Funding Corp. afg@glpcny.com |
| Bertis A Echols | on behalf of Creditor TD Bank  N.A. bechols@evanspetree.com, crecord@evanspetree.com |
| Hanoch Sheps | on behalf of Creditor Nicholas Bridger hanoch@mazzolalindstrom.com |
| Jean-Claude Mazzola | on behalf of Creditor Nicholas Bridger Jeanclaude@mazzolalindstrom.com |
| Jean-Claude Mazzola | on behalf of Plaintiff Nicholas Bridger Jeanclaude@mazzolalindstrom.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Patrick L Cordero, Esq | on behalf of Joint Debtor Silvia Helena Roberts ecfmail@pcorderolaw.com  PatrickLCordero@jubileebk.net |
| Patrick L Cordero, Esq | on behalf of Debtor Leslie Howard Roberts ecfmail@pcorderolaw.com  PatrickLCordero@jubileebk.net |
| Taji S Foreman | on behalf of Creditor Wilmington Savings Fund Society  FSB tforeman@kahaneandassociates.com, bkecf@kahaneandassociates.com;mgranger@kahaneandassociates.com;5456272420@filings.docketbird.com |
| Thomas G Zeichman | on behalf of Creditor Eve Marie Johnson tzeichman@bmulaw.com g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com |

TOTAL: 11

CGFD44 (4/23/19)



ORDERED in the Southern District of Florida on January 23, 2025

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23−10086−RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Leslie Howard Roberts
aka Leslie H Roberts, aka Leslie Roberts
495 Brickell Ave #622
Miami, FL 33131

SSN: xxx−xx−8039

Silvia Helena Roberts
aka Silvia H Roberts, aka Silvia Roberts, aka Sylvia Castro Roberts, aka Sylvia Castro
495 Brickell Ave #622
Miami, FL 33131

SSN: xxx−xx−7771

### ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

   As provided under Local Rule 3070−1(C)(2)(c), a Report of Non−Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

   Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

*###*

*Page 2 of 2*