# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

    Leslie Howard Roberts
    Silvia Helena Roberts
        Debtor(s)

Case No. 23-10086-RAM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy K. Neidich, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/05/2023.

2) The plan was confirmed on 07/18/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/13/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/17/2023, 11/18/2024.

5) The case was dismissed on 01/23/2025.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $192,050.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $96,256.02 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $96,256.02

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $14,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,142.07 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $20,642.07

Attorney fees paid and disclosed by debtor: $4,500.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ally Financial, Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ally Financial, Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 1,330.00 | NA | NA | 0.00 | 0.00 |
| Avant/WebBank | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 5,181.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Capital One, N.A. | Unsecured | 3,931.00 | 0.00 | 3,931.41 | 404.26 | 0.00 |
| Capital One, N.A. | Unsecured | 119.00 | 0.00 | 295.73 | 29.04 | 0.00 |
| Capital One/Neiman Marcus/Bergdorf Go | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Cbna | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chase Auto Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chase Auto Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Victoria Secret | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Comenity/MPRC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Comenitycapital/c21 | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Continental Finance Co | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Continental Finance Company | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Financial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Financial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Dsnb Bloomingdales | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Dsnb Bloomingdales | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EBF HOLDINGS, LLC | Unsecured | NA | 0.00 | 70,000.00 | 7,197.95 | 0.00 |
| EVE MARIE STORM JOHNSON | Unsecured | 1.00 | 0.00 | 430,000.00 | 44,215.97 | 0.00 |
| Eve Marie Storm Johnson | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| Expo/Thd/Citi | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Fannie Mae Mortgage Loan Company | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First National Bank/Legacy | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| First National Bank/Legacy | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First National Bank/Legacy | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First National Bank/Legacy | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First Savings Bank/Blaze | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| First Savings Bank/Blaze | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| FIRSTBANK FLORIDA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Freddie Mac Mortgage Loan Company | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Gateway One Lending & Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Honorable Juan Antonio Gonzalez | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Honorable Merrick Garland | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Iconbrickell Tower I (1st HOA) | Secured | NA | NA | NA | 0.00 | 0.00 |
| Iconbrickell Tower I (2nd HOA) | Secured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Jason M Wandner, PA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 560.00 | 0.00 | 560.00 | 57.58 | 0.00 |
| JPMorgan Chase Bank, N.A. | Unsecured | 5,154.00 | 0.00 | 5,154.87 | 530.07 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 371.00 | 0.00 | 2,871.54 | 295.27 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 855.00 | 0.00 | 865.32 | 87.98 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 811.00 | 0.00 | 681.01 | 69.24 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 379.00 | 0.00 | 379.25 | 38.56 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 435.00 | 0.00 | 435.33 | 44.26 | 0.00 |
| Macys/fdsb | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| Macys/fdsb | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Midland Funding, LLC | Unsecured | 1,448.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters, Llc | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| NCB Management Services | Unsecured | 3,060.00 | NA | NA | 0.00 | 0.00 |
| NICHOLAS BRIDGER | Unsecured | NA | 0.00 | 140,000.00 | 14,395.90 | 0.00 |
| Nordstrom FSB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ollo/tbom | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates, LLC | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| PRA, LLC | Unsecured | 2,530.00 | 0.00 | 2,280.10 | 234.45 | 0.00 |
| PRA, LLC | Unsecured | 71.00 | 0.00 | 171.56 | 16.48 | 0.00 |
| PREMIER BANKCARD LLC | Unsecured | 132.00 | 0.00 | 111.53 | 11.34 | 0.00 |
| Quantum3 Group LLC | Unsecured | 734.00 | 0.00 | 3,626.21 | 372.87 | 0.00 |
| Sefinceau | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Sefinceau | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Syncb/City Furniture | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Banana Republic | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/BRMart | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Care Credit | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Gap | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/JCPenney | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/JCPenney | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/TJX | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony/PayPal Credit | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TD BANK, N.A. | Secured | 72,013.00 | 0.00 | NA | 0.00 | 0.00 |
| Total Visa/The Bank of Missouri | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Total Visa/The Bank of Missouri | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Total Visa/The Bank of Missouri | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Total Visa/The Bank of Missouri | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| True Business Funding, LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TRUIST BANK | Unsecured | NA | 0.00 | 167.81 | 16.12 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 0.00 | 2,161.16 | 222.23 | 0.00 |
| UNITED STATES TREASURY | Priority | 6,515.60 | 0.00 | 6,515.60 | 6,515.60 | 0.00 |
| Uplift, Inc. | Unsecured | 1,967.00 | NA | NA | 0.00 | 0.00 |
| Uplift, Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 608.00 | 0.00 | 608.41 | 62.56 | 0.00 |
| Wells Fargo Bank Na | Unsecured | 4,520.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 0.00 | 3,722.81 | 382.81 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 0.00 | 4,020.44 | 413.41 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 523,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,515.60 | $6,515.60 | $0.00 |
| **TOTAL PRIORITY**: | **$6,515.60** | **$6,515.60** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$672,044.49** | **$69,098.35** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $20,642.07 |
| Disbursements to Creditors | $75,613.95 |
| | |
| **TOTAL DISBURSEMENTS** : | **$96,256.02** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/27/2025                              By: /s/ Nancy K. Neidich

                                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**